

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00490-CV

———————————————

IN RE SATHISH NUGEHALLI, Relator

———

Original Proceeding
325th District Court of Tarrant County, Texas
Trial Court No. 325-696378-21

———

Before Bassel, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for temporary relief are denied.

Per Curiam

Delivered: September 18, 2025